# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARACELI MENDOZA,<br><br>Defendant. | Case No. 16-cr-00150-BLF-3<br><br>**ORDER GRANTING IN PART DEFENDANT MENDOZA'S MOTION FOR EARLY PRETRIAL DISCLOSURES BY THE GOVERNMENT**<br><br>[Re: ECF 188] |

Defendant Araceli Mendoza's Motion for Early Pretrial Disclosures by the Government was heard on February 18, 2020. Defendant seeks an order directing the Government to provide early disclosure of "(1) expert witness and *Bruton* information and materials; (2) Federal Rule of Evidence 404(b) information and materials; and, (3) *Jencks/Brady/Giglio* information and materials and case-related grand jury materials." Def.'s Motion at 1, ECF 188. Defendant requests disclosure of these materials on or about March 13, 2020, four months in advance of the July 13, 2020 trial date. *See id.* at 2.

The Government opposes Defendant's request for disclosure of these materials four months before trial. As the Government points out, disclosure of *Jencks* material is required only after the witness's direct examination. *See* 18 U.S.C. § 3500(a), (b); Fed. R. Crim. P. 26.2(a). The Government asserts that disclosure of other materials so far in advance of trial is not practicable, as the Government is still in the process of deciding what witnesses and evidence it will present. The Government has offered to provide all materials thirty days before trial. *See* Gov't's Opp. at 2, ECF 189. As it stated on the record at the hearing, the Court finds the Government's offer to be reasonable.

Accordingly, for the reasons stated on the record at the February 18, 2020 hearing and in this order, Defendant Mendoza's Motion for Early Pretrial Disclosures by the Government is GRANTED IN PART. Consistent with the Government's offer, the Government SHALL produce the materials at issue on or before June 12, 2020.[1]

This order terminates ECF 188.

IT IS SO ORDERED.

Dated: February 19, 2020

BETH LABSON FREEMAN
United States District Judge

---

[1] June 12, 2020 actually is thirty-one days before trial; June 13, 2020, which is thirty days before trial, falls on a Saturday.