**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ARACELI MENDOZA,<br><br>    Defendant. | Case No. 16-cr-00150-BLF<br><br>**ORDER GRANTING DEFENDANT MENDOZA'S MOTION TO COMPEL DEFENDANT ANTHONY'S PERSONAL APPEARANCE AT THE HEARING SET FOR AUGUST 31, 2021; AND DENYING DEFENDANT ANTHONY'S REQUEST FOR WAIVER OF HER PERSONAL APPEARANCE AT THE HEARING SET FOR AUGUST 31, 2021**<br><br>[Re: ECF 466, 467, 471] |

This order addresses Defendant Mendoza's motion to compel Defendant Anthony's personal appearance for questioning under oath at the hearing set for August 31, 2021 (ECF 466); Defendant Anthony's request for waiver of her personal appearance (ECF 467); and Defendant Anthony's opposition to Defendant Mendoza's motion to compel her personal appearance (ECF 471).

Defendant Mendoza's motion to compel Defendant Anthony's personal appearance is GRANTED, and Defendant Anthony's request for waiver of her personal appearance is DENIED. Defendant Anthony SHALL personally appear at the hearing set for August 31, 2021.

The August 31, 2021 hearing is an in-person proceeding with all parties and counsel expected to be physically present in the Courtroom. Because of Defendant Anthony's personal

1  circumstances, as described in her request for waiver of her personal appearance, the Court would
2  permit Defendant Anthony (and *only* Defendant Anthony) to appear via Zoom.  A Zoom
3  appearance is conditioned on all counsel being able to provide certain equipment for use in the
4  Courtroom.  Counsel may contact the Courtroom Deputy Clerk, Ms. Salinas-Harwell, for guidance
5  on a Zoom appearance.

**IT IS SO ORDERED.**

Dated:  August 23, 2021

_____
BETH LABSON FREEMAN
United States District Judge