Wm. Michael Whelan, Jr., Esq.. (CA Bar No. 112190)
46 W. Santa Clara Street
San Jose, California 95113
(650) 319-5554 telephone
(415)-522-1506 facsimile
whelanlaw@gmail.com

Attorney for Defendant
ARACELI MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>vs.<br><br>ARACELI MENDOZA,<br><br>    Defendant. | Case Number: CR-16-150-BLF<br><br>STIPULATION AND ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS |

The parties, Araceli Mendoza and the government, acting through their respective counsel, hereby stipulate and request that the Court modify the defendant's release conditions to allow her to travel to and visit Los Banos, California with her two sons leaving for the Christmas holiday on December 23, 2021 and returning on December 26, 2021, and leaving for the New Year holiday on December 31, 2021 and returning on January 2, 2022. All itinerary, accommodations, and contact information have been provided to Pretrial Services Officers Basurto and Granados who do not oppose this request. AUSA Marissa Harris does not oppose. All other conditions of Ms. Mendoza's

release shall remain in effect.

SO STIPULATED:

                              STEPHANIE M. HINDS
                              Acting United States Attorney

                              /s/
                              MARISSA HARRIS
                              Assistant United States Attorney

DATED: 12/16/2021

                              /s/
                              WM. MICHAEL WHELAN, JR.
                              Counsel for Defendant Mendoza

## **ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that defendant Araceli Mendoza's release conditions shall be modified to allow her to travel to Los Banos, California with her two sons leaving for the Christmas holiday on December 23, 2021 and returning on December 26, 2021, and leaving for the New Year holiday on December 31, 2021 and returning on January 2, 2022. All itinerary, accommodations, and contact information shall be provided to Pretrial Services Officers Basurto and Granados. All other conditions of Ms. Mendoza's release shall remain in effect.

SO ORDERED.

DATED: December 16, 2021

                              IT IS SO ORDERED
                              Judge Donna M. Ryu
                              United States Magistrate Judge

cc: Pretrial Services

-3-