UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>ARACELI MENDOZA,<br><br>   Defendant. | Case No. 16-cr-00150-BLF-3<br><br>**ORDER DENYING DEFENDANT MENDOZA'S MOTION FOR STAY OF JUDGMENT AND RELEASE ON APPEAL**<br><br>[Re: ECF 595] |

For the reasons stated on the record at her sentencing hearing on September 28, 2022, Defendant Araceli Mendoza's Motion for Stay of Judgment and Release on Appeal (ECF 595) is DENIED.

**IT IS SO ORDERED.**

Dated: September 28, 2022

_____
BETH LABSON FREEMAN
United States District Judge