# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Northern District of California

U.S. District Court case number: 16-CR-150-BLF

Date case was first filed in U.S. District Court: 4/7/2016

Date of judgment or order you are appealing: 9/28/2022

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☐ Yes  ☐ No  ☐ IFP was granted by U.S. District Court   *See attached Affidavit Requesting Leave IFP*

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Araceli Mendoza

Is this a cross-appeal? ☐ Yes  ☒ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?  ☐ Yes  ☒ No

If Yes, what is the prior appeal case number?

Your mailing address:

1000 Brannan Street, #400

City: San Francisco   State: CA   Zip Code: 94103

Prisoner Inmate or A Number (if applicable):

Signature: [signature]   Date: 9/28/2022

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                   Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Araceli Mendoza

Name(s) of counsel (if any):
Wm. Michael Whelan, Jr.

Address: 1000 Brannan St. #400, San Francisco CA 94103

Telephone number(s): 6503195554

Email(s): whelanlaw@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
United States of America

Name(s) of counsel (if any):
Marissa Harris, A.U.S.A.

Address: 150 Almaden Blvd, Susie 900, San Jose CA 95113

Telephone number(s): 4085355061

Email(s): marissa.harris@usdoj.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6                                          1                                  Rev. 12/01/2018

Wm. Michael Whelan, Jr., Esq. (CA Bar No. 112190)
46 West Santa Clara Street
San Jose, California 95113
(650) 319-5554 telephone
(415)-874-7082 facsimile
whelanlaw@gmail.com

Attorney for Defendant
ARACELI MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>ARACELI MENDOZA,<br><br>Defendant. | Case Number: CR-16-CR-150-BLF<br><br>**AFFIDAVIT OF COUNSEL IN SUPPORT OF LEAVE TO FILE APPEAL *IN FORMA PAUPERIS***<br><br>Date: September 28, 2022 |

I, WM. MICHAEL WHELAN, JR. hereby state and declare, under penalty of perjury, the following: effective 09/20/2016, at ECF 20, defendant Araceli Mendoza was found to be indigent and qualified for undersigned as her court-appointed counsel. The defendant has remained indigent throughout the course of proceedings and was sentenced on this date to a federal prison term. Therefore, defendant Mendoza is financially unable to pay appeal fees.

Dated: September 28, 2022

_____
WM. MICHAEL WHELAN, JR.
Attorney for Defendant Araceli Mendoza

-1-