## ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Nathanael M. Cousins<br>U.S. Magistrate Judge | **RE:** | Araceli MENDOZA |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 5:16-cr-00150 BLF |
| **Date:** | 1/27/23 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Anthony Granados                                             408-535-5223

U.S. Pretrial Services Officer                                 **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s): **The following conditions are DELETED:**

   **A. The defendant shall remain in the custody of custodian Alicia Mendoza Avila at 1580 Morse Avenue, Apartment 11, in Sacramento; and**
   **B. The defendant shall participate in substance abuse and/or mental health counseling**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_[signature]_                                             January 27, 2023
**JUDICIAL OFFICER**                                        **DATE**